JUDGE PRESKA

'08 CIV 6431

395-08/PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
MUR SHIPPING BV
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)

RECEIVED
JUL 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MUR SHIPPING BV,

               Plaintiff,

  -against-

PIONEER RIGHT,

               Defendant.
-----------------------------------------------------------x

08 CV

**RULE 7.1 STATEMENT**

     Plaintiff MUR Shipping B.V., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       July 17, 2008

                                                       FREEHILL HOGAN & MAHAR, LLP
                                                       Attorneys for Plaintiff

               By: _____
                            Peter J. Gutowski (PG 2200)
                            Pamela L. Schultz (PS 8675)
                            80 Pine Street
                            New York, NY 10005
                            Telephone: (212) 425-1900
                            Fax: (212) 425-1901

NYDOCS1/308911.1