USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: O7 28 O8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MUR SHIPPING BV,

                  Plaintiff,

     -against-

PIONEER RIGHT,

                  Defendant.
-------------------------------------------------------------x

**EX PARTE ORDER FOR
AMENDED PROCESS OF
MARITIME ATTACHMENT AND
GARNISHMNENT**

08 Civ. 6431 (LAP)

LORETTA A. PRESKA, United States District Judge:

    WHEREAS on July 17, 2008 Plaintiff Mur Shipping BV filed a Verified Complaint herein for damages amounting to $282,226 inclusive of interest, costs, and attorneys' and arbitrators' fees, and praying for the issuance of an ex parte order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedures; and

    WHEREAS in response to that application, the Court issued an ex parte Order dated July 18, 2008 directing the issuance of Process of Maritime Attachment and Garnishment; and

    WHEREAS on July 18, 2008, Process of Maritime Attachment and Garnishment was issued by the Deputy Clerk of the Court requiring the restraint of all tangible or intangible property belonging to, claimed by, or being held for the Defendant; and

    WHEREAS in the original application, Plaintiff had identified, in addition to the Defendant, the Defendant's paying agent (i.e. SUN SHINE SHIPPING LTD. a/k/a SUNSHINE SHIPPING LTD.) who had previously remitted payments for debts of or on behalf of the Defendant and which paying agent was thus identified in the Process of Attachment; and

NYDOCS1/309082.1

WHEREAS Plaintiff has made an application to amend the attachment to include a second paying agent, KINGRISE HOLDINGS LIMITED, who similarly has remitted funds in satisfaction of debt owed by the Defendant; and

WHEREAS the Court considers it appropriate to therefore amend the Process of Attachment so as to identify the two paying entities utilized by the Defendant to effect transfers as transfers effected to or from the paying entities for the benefit of the Defendant would properly constitute an asset for purposes of Rule B, it is

ORDERED that the Clerk is hereby directed to issue an Amended Process of Maritime Attachment and Garnishment in the form annexed hereto; and it is further

ORDERED that all other provisions of the Court's original Order dated July 18, 2008 shall remain in full force and effect.

Dated: New York, New York
    July 23, 2008

                                                  U.S.D.J.